# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CABALLERO LUNA,<br><br>     Petitioner,<br><br>    v.<br><br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION CENTER, et al.,<br><br>     Respondents. | Case No. 1:26-cv-04610-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner is a federal immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 15, 2026, Petitioner filed a petition for writ of habeas corpus, and Respondents filed a response on June 22, 2026. (ECF Nos. 1, 6.) On July 2, 2026, the matter was referred to the undersigned "for further proceedings, including the preparation of findings and recommendations on the petition or other appropriate action." (ECF No. 9.)

Accordingly, the Court HEREBY ORDERS that within twenty-one (21) days of the date of service of this order, Petitioner MAY FILE a reply to Respondents' response.

IT IS SO ORDERED.

Dated:  **July 6, 2026**
                                            
STANLEY A. BOONE
United States Magistrate Judge